# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK Q. DEROUSSELLE

VERSUS

MAMMOET USA SOUTH, INC., ACE
AMERICAN INSURANCE CO., AND
RON A. EDDY

NO.  2024 CW 1161

**FEBRUARY 10, 2025**

---

In Re:    Mammoet USA South, Inc. and ACE American Insurance Co.,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 706994.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

   **WRIT DENIED.**

                              **AHP**
                              **TPS**
                              **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Calloway, J.,** serving as judge pro tempore of the Court of Appeal,
First Circuit, by special appointment of the Louisiana Supreme Court.